**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **RHONDA BREAUX,** | : | **CASE NO. 2:23-cv-1365** |
| | : | |
| *Plaintiff,* | : | **JUDGE JAMES D. CAIN, JR.** |
| | : | |
| **v.** | : | |
| | : | **MAGISTRATE JUDGE KATHLEEN KAY** |
| **NOVO NORDISK A/S, NOVO NORDISK** | : | |
| **NORTH AMERICA OPERATIONS A/S,** | : | |
| **NOVO NORDISK US HOLDINGS INC.,** | : | |
| **NOVO NORDISK US COMMERCIAL** | : | |
| **HOLDINGS INC., NOVO NORDISK** | : | |
| **INC., NOVO NORDISK RESEARCH** | : | |
| **CENTER SEATTLE, INC., AND NOVO** | : | |
| **NORDISK PHARMACEUTICAL** | : | |
| **INDUSTRIES, LP** | : | |
| | : | |
| *Defendants.* | | |

---

### NOVO NORDISK DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME

Defendants, Novo Nordisk US Holdings Inc., Novo Nordisk US Commercial Holdings Inc., Novo Nordisk Inc., Novo Nordisk Research Center Seattle, Inc., and Novo Nordisk Pharmaceutical Industries, LP ("Novo Nordisk Defendants"),[1] respectfully request an extension of time until November 14, 2023 (from the date the response would otherwise be due – October 24, 2023), to file an answer or other responsive pleadings in this matter.

In accordance with Uniform District Court Rules, Local Rule 7.9, counsel for Novo Nordisk Defendants certify that they have sought and obtained Plaintiff's consent to this motion.

---

[1] As of October 9, 2023, Plaintiff has not served Novo Nordisk A/S or Novo Nordisk North America Operations A/S.

**WHEREFORE**, Novo Nordisk Defendants pray that their motion be granted, and that they be granted until November 14, 2023, within which to file an answer or otherwise responsive pleadings.

Respectfully submitted,

**ADAMS AND REESE LLP**

*/s/ Diana Cole Surprenant*
E. Paige Sensenbrenner (LA Bar No. 18429)
Diana Cole Surprenant (LA Bar No. 33399)
701 Poydras Street
Suite 4500
New Orleans, LA 70139
Tel: (504) 581-3234
Email: paige.sensenbrenner@arlaw.com
Email: diana.surprenant@arlaw.com

AND

**DLA PIPER LLP (US)**

*/s/ Loren H. Brown*
Loren H. Brown (*pro hac vice forthcoming*)
1251 Avenue of the Americas
27th Floor
New York, NY 10020-1104
Tel: (212) 335-4846
Email: loren.brown@us.dlapiper.com

*Attorneys for Defendants Novo Nordisk US Holdings Inc., Novo Nordisk US Commercial Holdings Inc., Novo Nordisk Inc., Novo Nordisk Research Center Seattle, Inc., and Novo Nordisk Pharmaceutical Industries, LP*