UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **RHONDA BREAUX,** | : CASE NO. 2:23-cv-1365 |
| *Plaintiff,* | : JUDGE JAMES D. CAIN, JR. |
| v. | : |
| | : MAGISTRATE JUDGE KATHLEEN KAY |
| **NOVO NORDISK A/S, NOVO NORDISK NORTH AMERICA OPERATIONS A/S, NOVO NORDISK US HOLDINGS INC., NOVO NORDISK US COMMERCIAL HOLDINGS INC., NOVO NORDISK INC., NOVO NORDISK RESEARCH CENTER SEATTLE, INC., AND NOVO NORDISK PHARMACEUTICAL INDUSTRIES, LP** | : |
| *Defendants.* | |

## ORDER

Considering the above and foregoing Motion:

Before the Court is a Consent Motion for Extension of Time to File Responsive pleadings filed by Novo Nordisk Defendants. Upon consideration of the Motion, the Court finds that it should be **GRANTED**. Accordingly, **IT IS ORDERED** that Novo Nordisk Defendants be given until November 14, 2023, to file responsive pleadings in this matter.

**THIS IS DONE AND SIGNED** in Lake Charles, Louisiana, on this \_\_\_\_ day of _____, 2023.

_____
**U.S. DISTRICT COURT JUDGE**